UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCUS COSSETTE,

                    Plaintiffs,

   -against-                                        20 **CIVIL** 6427 (CS)

                                                          **JUDGMENT**

CORRECTION OFFICER EDWARDS,
SERGEANT PAVEZ, DR. MALVAROSA,
CORRECTION OFFICER WILLIAMS and
DEPUTY BURNETT,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated June 29, 2022, Defendants' motion for summary judgment is GRANTED and Plaintiff's federal claims are dismissed with prejudice. His state claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      June 29, 2022

                                                     **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                            **BY:**    *K. Mango*

                                                   **Deputy Clerk**